# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:05-cv-1391-Orl-31KRS**

**ARMAND DAUPLAISE & BERNARD SHINDER,**

        **Defendants.**

_____

## ORDER

The Plaintiff has filed an unopposed Motion for Judgment under Rule 54(b) as to Defendant, Armand Dauplaise (Doc. 39). The attached proposed final judgment (Doc. 39-3) includes various injunctive relief; however, no civil penalty is imposed. Instead, pursuant to Paragraph IX of the proposed judgment, this is contingent upon the accuracy and completeness of Dauplaise's statement of financial condition. Thus, the Court is asked to retain jurisdiction to impose a civil penalty in the future, in an amount to be determined.

The Court rejects Paragraph IX, and declines to enter such a contingent judgment. If the parties wish to resolve this matter by settlement, they must do so completely and bring finality to the process. The Court will reserve jurisdiction to enforce injunctive relief, but will not enforce a contingent future monetary claim. Accordingly, it is

**ORDERED** that the Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 28, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE